UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DOREEN T. SCHOWALTER, | ) CASE NO. 1:13-cv-249 |
| Plaintiff, | ) |
| v. | ) JUDGE HERMAN J. WEBER |
| | ) |
| PRUDENTIAL INSURANCE COMPANY, et al. | ) MAGISTRATE JUDGE KAREN LITKOVITZ |
| Defendants. | ) <u>STIPULATED ORDER FOR FILING ADMINISTRATIVE RECORD UNDER SEAL</u> |

This matter came before the Court on the Joint Motion to File the Administrative Record Under Seal and a Memorandum in Support of Joint Motion to File the Administrative Record Under Seal. Counsel for the parties also submitted this proposed Order to the Court.

Based on the Joint Motion of the parties, the Court hereby orders that the Administrative Record of Doreen T. Schowalter which will be filed in this case by Defendants will be filed under seal with the Clerk's Office.

Upon the final disposition of this case, the Clerk's Office will return to counsel for Defendants the Administrative Record that was filed under seal.

In all briefing by the parties in this case, references will be made to the designated contents of the Administrative Record and portions of same will not be attached to any such filings.

IT IS SO ORDERED.

SIGNED this 18 day of July 2013.

_____
Judge

AGREED:

/s/ James D. Kurek
James D. Kurek (0023523)
Jeffrey D. Smith (0078351)
FISHER & PHILLIPS LLP
9150 South Hills Blvd., Suite 300
Cleveland, Ohio 44147
(440) 838-8800 - phone
(440) 838-8805 - fax
jkurek@laborlawyers.com
jdsmith@laborlawyers.com

*Counsel for Defendants*


/s/ *John W. Hust*
John W. Hust (0027121)
Schroeder, Maundrell, Barbiere & Powers
5300 Socialville-Foster Road, Suite 200
Mason, Ohio 45040
(513) 583-4209 - phone
(513) 583-4203 - fax
jhust@smbplaw.com

*Counsel for Plaintiff*